IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **DARRIHA WILLIAMS,** | § § § | |
| **Plaintiff,** | § § | |
| **V.** | § § | Civil Action No. 1:20-CV-00020-RP |
| **METROPOLITAN SECURITY SYSTEMS, INC. D/B/A WALDEN SECURITY,** | § § § | |
| **Defendant.** | § § § | |

## JOINT MOTION FOR ENTRY OF AGREED SCHEDULING ORDER

COME NOW, Plaintiff Darriha Williams and Defendant Metropolitan Security Systems, Inc. d/b/a Walden Security (collectively "the Parties"), and file this Joint Motion for Entry of an Agreed Scheduling Order. The Parties have agreed to the deadlines in the attached Agreed Scheduling Order. Thus, the parties respectfully request that the Court sign and enter the Scheduling Order attached to this Motion.

Respectfully submitted,

*/s/ Jack Quentin Nichols*
Jack Quentin Nichols
Texas Bar No. 24002692
jack@jqnlaw.com
THE LAW OFFICE OF
JACK QUENTIN NICHOLS
901 S. Mopac Expressway
Barton Oaks Plaza One, Suite 300
Austin, Texas 78746
(512) 595-1269 (Telephone)

ATTORNEY FOR PLAINTIFF

      *and*

      */s/ Erika L. Leonard*
      Erika L. Leonard
      Texas Bar No. 24110740
      Erika.leonard@ogletree.com
      OGLETREE, DEAKINS,
      NASH, SMOAK & STEWART, P.C.
      301 Congress Avenue, Suite 1150
      Austin, Texas 78701
      (512) 344-4700 (Telephone)
      (512) 344-4701 (Facsimile)

      ATTORNEYS FOR DEFENDANT

42202782.1