IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DARRIHA WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:20-CV-20-RP |
| | § | |
| METROPOLITAN SECURITY SERVICES, | § | |
| INC. d/b/a WALDEN SECURITY, | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

On this date, the Court issued an order dismissing this case without prejudice to refiling. As nothing remains to resolve, the court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS ORDERED** that each party bear its own costs.

**SIGNED** on June 10, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE